American Kinetics Lab, Inc. v Travelers Ins. Co. (2022 NY Slip Op 51339(U))



[*1]


American Kinetics Lab, Inc. v Travelers Ins. Co.


2022 NY Slip Op 51339(U)


Decided on December 9, 2022


Appellate Term, Second Department


Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


As corrected in part through February 10, 2023; it will not be published in the printed Official Reports.



Decided on December 9, 2022
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY TOUSSAINT, JJ



2021-122 K C

American Kinetics Lab, Inc., as Assignee of Ruchelle Bartley, Appellant, 
againstTravelers Insurance Company, Respondent. 




Opinion withdrawn from publication by the State Reporter because it duplicates 
the opinion published at
2022 NY 
Slip Op 51212(U).






